USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/2023_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA BATCHELOR, DIANA GRIFFIN, and JAIME ARIZA on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACMILLAN, MACMILLAN PUBLISHERS INC, MACMILLAN PUBLISHING GROUP, LLC, MACMILLAN LEARNING, and MPS,<br><br>Defendants. | No. 1:23-cv-01217<br><br>**ORDER ENTERING STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The Court has reviewed the Parties' Stipulation for Leave to File a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), and hereby approves the Stipulation. Plaintiffs shall file their Second Amended Complaint in the form attached to the Stipulation as **Exhibit A** within three days of this Order.

Dated:  May 8, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge