```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/20/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA BATCHELOR, on behalf of themselves and all others similarly situated,

                Plaintiff,

-against-

MACMILLAN, MACMILLAN PUBLISHERS INC, MACMILLAN PUBLISHING GROUP, LLC, MACMILLAN LEARNING, and MPS,

                Defendants.

23 Civ. 1217 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties previously informed the Court that they would participate in private mediation on June 14, 2023. *See* ECF No. 33 at 3. Accordingly, by **June 26, 2023**, the parties shall file a joint letter updating the Court on the status of mediation.

      SO ORDERED.

Dated: June 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge