UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA BATCHELOR, DIANA GRIFFIN, and JAIME ARIZA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACMILLAN, MACMILLAN PUBLISHERS INC., MACMILLAN PUBLISHING GROUP, LLC, MACMILLAN LEARNING, and MPS,<br><br>Defendants. | Case No. 1:23-cv-01217-AT<br><br>Judge Analisa Torres |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs VICTORIA BATCHELOR, DIANA GRIFFIN, and JAIME ARIZA hereby give notice that their claims in this action against Defendants are hereby voluntarily dismissed without prejudice.

Dated:  June 23, 2023

Respectfully submitted,

By:  */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

James J. Bilsborrow (SBN 519903)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Email: jbilsborrow@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through the system.

        TURKE & STRAUSS LLP

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    raina@turkestrauss.com
    TURKE & STRAUSS LLP
    613 Williamson St., Suite 201
    Madison, WI 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423